NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN L. MCDONALD,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7078

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2258, Judge William A. Moorman.

---

## ON MOTION

---

Before PROST, *Circuit Judge.*

## ORDER

John L. McDonald moves without opposition to stay proceedings in this appeal pending the court's disposition of *Cullen v. DVA,* 2011-7005.

McDonald asserts that this case and *Cullen* involve the interpretation of 38 C.F.R. § 4.71a, involving when a claimant is entitled to more than one disability rating for a single disability within a particular diagnostic code.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to stay is granted. McDonald is directed to inform the court within 14 days of the disposition of *Cullen* how he believes this appeal should proceed. The Secretary may also respond within that time.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear *Cullen*.

FOR THE COURT

JUL 8 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
    Mereyth Cohen Havasy, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 8 2011

JAN HORBALY
CLERK